UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/19/19

GERALD VAUGHN,

    Petitioner,

v.

JOSEPH WARD, SUPERINTENDENT OF
MARCY CORRECTIONAL FACILITY,

    Respondent.

No. 19-CV-6596 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 16, 2019, *pro se* Petitioner Gerald Vaughn filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. Dkt 1. On September 20, 2019, Respondent Joseph Ward filed a motion to dismiss the petition. Dkt. 7. Petitioner's response to the motion was due by October 9, 2019. As of today's date, Petitioner has not responded. If Petitioner intends to respond to Respondent's motion to dismiss, he shall do so no later than December 20, 2019. Respondent shall ensure that Petitioner has been served with a copy of the motion to dismiss and file proof of service on the docket no later than November 25, 2019.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated:   November 19, 2019
         New York, New York

_____
Ronnie Abrams
United States District Judge