| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 6-26-20 |

GERALD VAUGHN,

                      Petitioner,

          v.

JOSEPH WARD, *Superintendent of Marcy Correctional Facility*,

                      Respondent.

No. 19-CV-6596 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On May 29, 2020, Magistrate Judge Fox issued a Report and Recommendation on Respondent's motion to dismiss. *See* Dkt. 12. The docket indicates that the Report was mailed to Petitioner on June 5, 2020. On June 22, 2020, Respondent filed objections to the Report. *See* Dkt. 13. Neither the docket nor Respondent's objections themselves indicate that a copy of the objections were mailed to Petitioner. No later than June 30, 2020, Respondent shall mail a copy of his objections, Dkt. 13, to Petitioner and file proof of service on the docket. Petitioner's response to the objections, if any, shall be submitted no later than July 16, 2020.

SO ORDERED.

Date: June 26, 2020
        New York, New York

                                                           RONNIE ABRAMS
                                                          United States District Judge