UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GERALD VAUGHN,

                        Petitioner,                    19 **CIVIL** 6596 (RA)

      -against-                                **JUDGMENT**

JOSEPH WARD, Superintendent, Marcy
Correctional Facility,
                        Respondent.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 6, 2021, Judge Fox stated that any objections would be due within 24 days of service of the Report, adding an extra ten days to account for "any delay caused by the COVID-19 pandemic." Dkt. 19 at 10. As no objections to the Report were filed within that period, the Court has reviewed Judge Fox's Report for clear error, and found none. Accordingly, the petition for a writ of habeas corpus is dismissed without prejudice. Because the petition makes no substantial showing of a denial of a constitutional right, the Court will not issue a certificate of appealability. 28 U.S.C. § 2253(c)(2), and this case is closed.

**DATED:** New York, New York
             April 6, 2021

                                                            **RUBY J. KRAJICK**
                                                                Clerk of Court
                                                BY:
                                                                Deputy Clerk